**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

EMILY GOUDEAU, Individually and on     §
Behalf of All Others Similarly Situated,     §
                                §
          Plaintiff,             §
                                §
v.                                      §     CIVIL ACTION NO. H-09-0955
                                §
DKLC GROUP, LP, *et al.*,          §
                                §
          Defendants.         §

**ORDER**

This case was reinstated as to Linne Homes, LLC on April 28, 2010. (Docket Entry No. 23).

On May 5, 2010, this court granted defense counsel's request to withdraw. (Docket Entry No. 26).

Linne Homes, LLC has not filed a Notice of Appearance of new counsel, and Linne Homes, LLC

did not appear at a status conference on June 8, 2010.

Linne Homes, LLC is a corporate entity, which may not proceed *pro se*. This court orders

Linne Homes, LLC to appoint new counsel, who will file a Notice of Appearance with this court no

later than **July 23, 2010**. If Linne Homes, LLC fails to do so, it may face judgment by default.

SIGNED on June 8, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge