IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMILY GOUDEAU, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-0955 |
| DKLC GROUP, LP, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Linne Homes, LLC has failed to have counsel file a Notice of Appearance in this case by the deadline of July 23, 2010. Linne Homes, LLC faces judgment by default. Counsel for plaintiff must file a motion for default judgment no later than September 7, 2010. Failure to do so may lead to dismissal for want of prosecution.

SIGNED on August 17, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge