IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMILY GOUDEAU *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-955 |
| | § | |
| DKLC GROUP, LC *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFAULT AND ENTERING FINAL DEFAULT JUDGMENT**

The plaintiffs, Emily Goudeau, Danielle Shoffner, Matthew Welch, and Connie Kalish, filed a motion for entry of default and for default judgment against the defendant, Linné Homes, LL. (Docket Entry No. 30). This defendant was ordered in May 2010 to retain counsel or face default. (Docket Entry No. 27). Despite the admonishment, this defendant failed to appear through counsel. Entry of default is proper.

The plaintiffs have filed affidavits and exhibits in support of their claims for actual damages and reasonable attorney fees. The plaintiffs have also sent this defendant notice of the motion for entry of default and default judgment. Further notice to the defendant and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

The plaintiffs have established their entitlement to default judgment against Linné Homes, LLC, as follows:

$,1733.04 in unpaid overtime compensation for Emily Goudeau;

$1,733.04 in liquidated damages for Emily Goudeau;

$,2440.75 in unpaid overtime compensation for Danielle Soffner;

$2,440.75 in liquidated damages for Danielle Soffner;

$3,619.75 in unpaid overtime compensation for Matthew Welch;

$3,619.75 in liquidated damages for Matthew Welch;

$5,116.77 in unpaid overtime compensation for Connie Kalish;

$5,116.77 in liquidated damages for Connie Kalish;

$7,700.00 in attorney fees;

$697.83 in costs of court; and

Postjudgment interest at the rate of 0.26%.

This is a final judgment as to defendant Linné Homes, LLC.

SIGNED on September 21, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge