**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| EMILY GOUDEAU *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-09-955 |
| DKLC GROUP, LC *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Given the entry of default and final judgment against Linné Homes, LLC, and the bankruptcy filing of the remaining defendants, the case as to the remaining defendants is stayed and administratively closed. It may be reinstated as to the remaining defendants on a motion filed within 30 days after the bankruptcy proceeding has terminated.

SIGNED on September 21, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge